UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FATIMA AZOUAZ, ET. AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:07CV247SNL |
| ) | |
| MICHAEL CHERTOFF, Secretary of the ) | |
| Department of Homeland Security, et. al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court regarding the defendants' status report (#19), filed December 21, 2007. As of today's date, there have been no responses or filings objecting to the information contained in said report.

On June 25, 2007 this Court granted the defendants' motion to remand and remanded this cause of action in order for the United States Citizenship and Immigration Services (USCIS) to make final determinations as to the naturalization applications of plaintiffs Fattah, Ray, Saeed Saeed, Sarajlic, Vera, Hussein Saeed, Sindy, and Stevens. *See*, Court Order #17. The USCIS was given thirty (30) days within the completion of said plaintiffs' background investigations to make the subject final naturalization determinations. Furthermore, the Court retained jurisdiction of this matter in the event the USCIS was unable to make said final determination within six (6) months of the date of the Order.

The instant status report states: 1) plaintiff Vera was naturalized on July 3, 2007; 2) plaintiff Stevens was naturalized on November 2, 2007; 3) plaintiff Sindy has moved to Arlington, Texas and her naturalization file has been transferred to the USCIS office in Dallas, Texas for

final adjudication; 4) plaintiff Hussein Saeed was naturalized on December 7, 2007; 5) and remaining plaintiffs Sarajlic, Saeed Saeed, Ray, and Fattah are scheduled for naturalization January 4, 2008.

As of today's date, plaintiffs Sarajlic, Saeed Saeed, Ray[1], and Fattah were naturalized in the Eastern District of Missouri, Eastern Division. As these remaining plaintiffs have secured the remedy they sought, this case will be dismissed as requested by defendants. The Court welcomes these plaintiffs as new citizens of the United States.

Accordingly,

**IT IS HEREBY ORDERED** that this cause of action be and is **DISMISSED IN ITS ENTIRETY** as all remaining plaintiffs have been naturalized, with the exception of plaintiff Sindy who no longer resides within the jurisdiction of this Court.

Dated this   4th   day of January, 2008.

_____
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] According to information provided by Assistant U.S. Attorney Jane Rund, plaintiff Ray has had a name change from Zebunissa Ray to Zebunissa Habib, and as Zebunissa Habib she was naturalized this day.